UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 12 CR 116 |
| ) | |
| v. ) | Honorable Thomas M. Durkin |
| ) | |
| ) | |
| PETER LOUIS BORGIA, JR. ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE**

The United States of America, by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully submits the following in response to Defendant's Motion to Terminate Defendant's Supervised Release (Docket # 17).

Following conviction in the Eastern District of Virginia, defendant was sentenced to 48 months' imprisonment and three years' supervised release. Defendant began his supervised release term on April 14, 2015, and continues to serve that term. The government has reviewed defendant's motion and has conferred

1

with Edgar Leon of United States Probation Office for the Northern District of Illinois. The government and Probation have no objection to defendant's motion.

                            Respectfully Submitted,

                            ZACHARY T. FARDON
                            UNITED STATES ATTORNEY

By:   /s/ *Matthew L. Kutcher*
        MATTHEW L. KUTCHER
        Assistant United States Attorney
        United States Attorney's Office
        219 South Dearborn
        Chicago, Illinois 60604
        (312) 469-6132
        matthew.kutcher@usdoj.gov

Dated: November 30, 2016